Donta Vaughn
#1591042
Chesapeake Detention
Facility 401 E.
Madison, Street
Balto, md 21202

U.S. District Court
101 W. Lombard St.
Balto, md 21201

FILED
LODGED                ENTERED
                      RECEIVED
JUN 17 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                      DEPUTY

RE: RDB-11-0570, Sentenced to
    18 months on May 19, 2021

SubJ: FBOP said they did not receive
      Courts' Judgment and Commitment

Dear clerk:
    Please verify that the Court transmitt-
ed the Judgment and commitment
records to the federal Bureau of Prisons.

Whereas, as of June 5, 2021, the FBOP

said (via email) that they had not
received the Courts' Judgment in this
case, which is delaying my trans-
portation to FBOP custody, and there-
on, my release from FBOP custody:

On May 19, 2021, I was sentenced to
eighteen (18) months, with credit
for detention beginning on August 5,
2020 (10 months served), and 3 addi-
tional months deducted for provisional
85% [good conduct time], which
leaves 5 months for re-entry halfway
house or home monitoring, rendering
my eligibility for immediate release
upon my admission into the FBOP.

Conversely, pursuant to 18 USC 3585 (b)
the FBOP maintain the independent
authority to credit my detention from
the date of my March 31, 2020 arrest
by Baltimore city police, which would
complete service for my entire sentence,
and save my Job with American Communi-
cation Network, Inc.   Donta Vaugh
                                    6/11/21

P.S.

Based on the aforementioned sentencing
and computation, rendering my immi-
nent release, I beg the Court to
assume responsibility for the admini-
strative error, remand and release
me.

Donta Vaughn #1591042
CDF
401 E. MADison St.
BALto, md 21202

BALTIMORE MD 212

14 JUN 2021  PM 4  L



U.S. District Court
101 W. Lombard Street
Balto, md 21201

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUN 1 7 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Legal Mail

21201-262915



Legal mail

CDF

JUL 1 1 21

OUTGOING MAIL
MAIL ROOM